IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00935-BNB

JAMES R. GIBSON,

    Plaintiff,

v.

UNITED STATES PENITENTIARY, ADX, and
R. WILEY, Warden,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 8 2008

GREGORY C. LANGHAM
              CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

The motion titled "Motion to Federal District Court to Instruct and Allow Plaintiff to File a Felony Complaint" filed with the Court on July 3, 2008, in which Plaintiff, James R. Gibson, asks the Court to instruct him in the proper manner in which to file a criminal felony complaint, is DENIED. The Court is not permitted to provide legal advice.

The motion titled "Motion to District Court Requesting This Court Appoint James R. Gibson, Plaintiff, Legal Counsel and to Grant Plaintiff an Extension of Time in Order to Refile Civil Case, filed with the Court on July 16, 2008, is DENIED to the extent that Plaintiff asks for the appointment of counsel. To the extent that Plaintiff seeks an extension of time in which to file an amended complaint as ordered on June 23, 2008, the motion is GRANTED. Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to submit an amended complaint as directed in the June 23 order. Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated: July 18, 2008

Copy of this Minute Order mailed on July 18, 2008, to the following:

James R. Gibson
Reg. No. 62228-004
ADX - Florence
PO Box 8500
Florence, CO 81226

                                                  Secretary/Deputy Clerk